## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| DIANE LARSEN, Individually and as Personal Representative of the Estate of JESSE LABRUM, *et al.*,<br><br>     Plaintiffs,<br><br>vs.<br><br>BLUE BIRD CORPORATION, *et al.*,<br><br>     Defendants. | **ORDER GRANTING HONDA NORTH AMERICA, INC.'S AND PLAINTIFFS' STIPULATION AND JOINT MOTION TO AMEND TO SUBSTITUTE AMERICAN HONDA MOTOR CO., INC. FOR HONDA NORTH AMERICA, INC.**<br><br>Case No: 2:18-cv-00470-DB<br><br>Judge: Dee Benson<br><br>Magistrate Judge: Brooke C. Wells |

Having considered Honda North America, Inc.'s and Plaintiffs' Stipulation and Joint Motion to Amend to Substitute American Honda Motor Co., Inc. for Honda North America, Inc. ("Motion"),[1] and for good cause appearing,

IT IS HEREBY ORDERED that the Motion is GRANTED. American Honda Motor Co., Inc. shall be substituted in this case for Honda North America, Inc. Based upon this substitution, Honda North America, Inc. is hereby dismissed without prejudice.


DATED this 23 July 2018.


Brooke C. Wells
United States Magistrate Judge

---

[1] ECF No. 49.