Scot A. Boyd, 9503
CHRISTENSEN & JENSEN, P.C.
257 East 200 South, Suite 1100
Salt Lake City, Utah 84111
Telephone:  801-323-5000
scot.boyd@chrisjen.com
asbestos.groups@chrisjen.com
*Attorneys for Defendant Federal-Mogul Asbestos Personal Injury Trust, as successor to Felt Products Manufacturing Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DIANE LARSEN, Individually and As Personal Representative Of The Estate Of JESSE LABRUM, Deceased, CAROLYN DUTSON, DON LABRUM, GARY LABRUM, DOYLE LABRUM, and PEARL KOYLE LABRUM , <br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>BLUE BIRD CORPORATION; BOISE CASCADE, LLC; BORG-WARNER MORSE TEC, LLC as successor by merger to BORG WARNER CORPORATION; CONTINENTAL TEVES, INC.; DANA COMPANIES, LLC; FEDERAL-MOGUL ASBESTOS PERSONAL INJURY TRUST as successor to FEL PRO ; FORD MOTOR COMPANY; THE GOODYEAR TIRE & RUBBER COMPANY; HONDA NORTH AMERICA, INC.; HONEYWELL INTERNATIONAL, INC.; KELSEY-HAYES COMPANY; LEAR-SIEGLER, INC.; LUK-AFTERMARKET SERVICES, LLC; MAREMONT CORPORATION; MORTON INTERNATIONAL, INC. as successor-in-interest to THIOKOL, INC., as successor-in-interest to THIOKOL CORPORATION; | **RULE 7.1 DISCLOSURE STATEMENT OF FEDERAL MOGUL ASBESTOS PERSONAL INJURY TRUST as successor to FELT PRODUCTS MANUFACTURING COMPANY**<br><br>Case No. 2:18-cv-00470-DB<br><br>Judge Dee Benson<br><br>Magistrate Judge Brooke C. Wells |

| PNEUMO ABEX CORPORATION; SCHAEFFLER GROUP USA, INC., VOLKSWAGEN GROUP OF AMERICA, INC.; and WINNEBAGO INDUSTRIES INC., | |

Federal Mogul Asbestos Personal Injury Trust as successor to Felt Products Manufacturing Company, one of the Defendants herein, by and through its attorneys, pursuant to Fed. R. Civ. Proc. Rule 7.1 states:

Federal Mogul Asbestos Personal Injury Trust as successor to Felt Products Manufacturing Company is a Trust established pursuant to Delaware law, and has filed a Certificate of Trust with the Delaware Secretary of State. This Trust is not a subsidiary or affiliate of any other corporation.

DATED this 23rd day of July, 2018.

CHRISTENSEN & JENSEN, P.C.

/s/ Scot A. Boyd
Dale J. Lambert
Scot A. Boyd
*Attorneys for Defendant Federal-Mogul Asbestos Personal Injury Trust, as successor to Felt Product Manufacturing Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of July, 2018, I caused a true and correct copy of the foregoing **RULE 7.1 DISCLOSURE STATEMENT OF FEDERAL MOGUL ASBESTOS PERSONAL INJURY TRUST AS SUCCESSOR TO FELT PRODUCTS MANUFACTURING COMPANY** to be filed electronically filed via the Court's CM/ECF Filing System, which sent notification of the same to all counsel of record.

/s/ Belle Wade, Legal Secretary