Dan R. Larsen (4865)
Christopher J. Martinez (11152)
Jon Williams (16194)
**DORSEY & WHITNEY LLP**
111 South Main Street, 21st Floor
Salt Lake City, UT 84111
Telephone: (801) 933-7360
larsen.dan@dorsey.com
martinez.chris@dorsey.com
williams.jon@dorsey.com

*Attorneys for Ford Motor Company, Honda North America, Inc.,
and Volkswagen Group of America, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SALLY SYLVESTER, Individually and as a Personal Representative of JESSE LABRUM, Deceased, CAROLYN DUTSON, DON LABRUM, GARY LABRUM, DOYLE LABRUM, and PEARL KOYLE LABRUM,<br><br>Plaintiffs,<br><br>vs.<br><br>BLUE BIRD CORPORATION, *et al.,*<br><br>Defendants. | **STIPULATED MOTION FOR AN ORDER OF DISMISSAL WITHOUT PREJUDICE OF AMERICA HONDA MOTOR CO., INC.**<br><br>Case No. 2:18-cv-00470-DB-CMR<br><br>District Judge:  Dee Benson<br><br>Magistrate Judge:  Cecilia M. Romero |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs and Defendant America Honda Motor Co., Inc., by and through their counsel of record, hereby stipulate and agree that all of Plaintiffs' claims and causes of action against defendant America Honda Motor Co., Inc., originally named as Honda North America, Inc., shall be dismissed without prejudice, each party to bear their own attorneys' fees and costs.  A proposed Order of Dismissal Without Prejudice is attached hereto as Exhibit A.  This Stipulation shall not affect Plaintiffs' claims and causes of action against any other defendant in this action.

DATED this 5th day of March, 2020.    **FLINT LAW FIRM, LLC,**

   */s/ Lawrence K. Holcomb (with permission)*

**HATCH, JAMES & DODGE, P.C.**

   */s/ Mark F. James (with permission)*
Attorneys for Plaintiffs

DATED this 5th day of March, 2020.    **DORSEY & WHITNEY LLP**

   */s/ Dan R. Larsen*
Attorneys for Defendant Honda North America, Inc.