MELINDA A. MORGAN [8392]
MICHAEL BEST & FRIEDRICH, LLP
2750 East Cottonwood Parkway, Suite 560
Cottonwood Heights, Utah 84121
Telephone:  (801) 833-0500
Fax No.:  (801) 931-2500
Email:  mamorgan@michaelbest.com

*Attorneys for Defendant Boise Cascade Company (f/k/a Boise Cascade, L.L.C.)*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| SALLY SYLVESTER, Individually and as Personal Representative of the Estate of JESSE LABRUM, Deceased, DIANE LARSEN, CAROLYN DUTSON, DON LABRUM, GARY LABRUM, DOYLE LABRUM, WAYNE LABRUM, and BRUCE LABRUM<br><br>    Plaintiffs,<br><br>vs.<br><br>BLUE BIRD CORPORATION, et al.,<br><br>    Defendants. | **JOINT MOTION TO DISMISS DEFENDANT BOISE CASCADE COMPANY WITHOUT PREJUDICE**<br><br>Case No.: 2:18-cv-00470-DB<br><br>Judge Dee Benson<br>Magistrate Judge Cecelia M. Romero |

Pursuant to Federal Rule of Civil Procedure, Rule 41(a)(2) and Local Rule DUCivR 7-1(a)(2)(G), Plaintiffs Sally Sylvester, individually and as Personal Representative of the Estate of Jesse Labrum, Deceased, Diane Larsen, Carolyn Dutson, Don Labrum, Gary Labrum, Doyle Labrum, Wayne Labrum, and Bruce Labrum, and Defendant Boise Cascade Company (f/k/a Boise Cascade, L.L.C.), by and through their respective counsel of record, hereby agree and stipulate that such parties have reached a resolution of this matter and, therefore, agree, stipulate, and move for an order dismissing all claims, individually and collectively, against Defendant

Boise Cascade Company (f/k/a Boise Cascade, L.L.C.) WITHOUT PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees. This joint motion applies solely to Defendant Boise Cascade Company (f/k/a Boise Cascade, L.L.C.) and no other defendant.

A proposed order has been submitted herewith.

DATED this 23rd day of November, 2020.

> FLINT LAW FIRM, LLC
>
> */s/* Lawrence K. Holcomb
> *Attorneys for Plaintiffs*
> (signed with permission by email)
>
>
> MICHAEL BEST & FRIEDRICH, LLP
>
> /s/ Melinda A. Morgan
> *Attorneys for Defendant Boise Cascade Company*
> *(f/k/a Boise Cascade, L.L.C.)*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of November, 2020, I caused a true and correct copy of the foregoing to be served on all counsel via the court's electronic filing system.

> /s/ Melinda A. Morgan