Katherine Venti, USB #9318
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
KVenti@parsonsbehle.com
ecf@parsonsbehle.com

*Attorneys for Defendant SCHAEFFLER GROUP USA INC.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SALLY SYLVESTER, Individually and as Personal Representative of the Estate of JESSE LABRUM, Deceased, DIAN LARSEN, CAROLYN DUTSON, DON LABRUM, GARY LABRUM, DOYLE LABRUM, WAYNE LABRUM and BRUCE LABRUM,<br><br>Plaintiffs,<br><br>vs.<br><br>BLUE BIRD CORPORATION, et al., (Including SCHAEFFLER GROUP USA INC.),<br><br>Defendants. | **ORDER ON JOINT MOTION TO DISMISS DEFENDANT SCHAEFFLER GROUP USA INC. WITHOUT PREJUDICE**<br><br>Case No. 2:18-cv-00470-DB<br><br>The Honorable Dee Benson<br><br>Magistrate Judge Cecilia M. Romero |

The Court having reviewed the Joint Motion to Dismiss Defendant Schaeffler Group USA, Inc., Without Prejudice (ECF No. 163) filed on behalf of Plaintiff Sally Sylvester, individually and as Personal Representative of the estate of Jesse Labrum, Deceased, Diane Larsen, Carolyn Dutson, Don Labrum, Gary Labrum, Doyle Labrum, Wayne Labrum and Bruce Labrum and Defendant Schaeffler Group USA, Inc., and good cause appearing

4819-1912-8786.v1

2

therefore, IT IS HEREBY ORDERED that all claims and causes of action contained in Plaintiff's Complaint and all amendments thereto against Defendant Schaeffler Group USA, Inc., shall be dismissed without prejudice, each party to bear their own attorneys' fees and costs.

This Order pertains to Defendant Schaeffler Group USA, Inc. and no other defendant.

Dated this 23rd day of November, 2020.

_____
Honorable Dee Benson
United States District Court Judge

Approved as to form:

/s/ Katherine Venti
Katherine Venti
PARSONS BEHLE & LATIMER
*Attorneys for SCHAEFFLER GROUP USA INC*


/s/ Lawrence K. Holcomb
(Pro Hac Vice)
FLINT LAW FIRM, LLC
Attorneys for Plaintiff
*(signed with permission)*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of November, 2020, I caused a true and correct copy of the foregoing **proposed ORDER ON JOINT MOTION TO DISMISS DEFENDANT SCHAEFFLER GROUP USA INC. WITHOUT PREJUDICE** to be filed electronically via the Court's CM/ECF system, which sent notification of such filing on all counsel of record.

                                               */s/ Katherine Venti*

4819-1912-8786.v1