GREGORY S. ROBERTS (9092)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P. O. Box 45385
Salt Lake City, UT 84145-0385
Tel:  (801) 532-1500
Fax:  (801) 532-7543
groberts@rqn.com
*Attorneys for Defendant Morton International, LLC*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| SALLY SYLVESTER, Individually and as Personal Representative of the Estate of JESSE LABRUM, Deceased, DIANE LARSEN, CAROLYN DUTSON, DON LABRUM, GARY LABRUM, DOYLE LABRUM, WAYNE LABRUM, and BRUCE LABRUM,<br><br>        Plaintiffs,<br><br>vs.<br><br>MORTON INTERNATIONAL, LLC, et al.<br><br>        Defendants. | **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT MORTON INTERNATIONAL**<br><br>Civil No. 2:18-CV-00470-DB<br><br>The Honorable Dee Benson<br><br>Magistrate Judge Cecilia M. Romero |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Sally Sylvester,

individually and as Personal Representative of the Estate of Jesse Labrum, Deceased, and

Defendant Morton International, LLC, as successor-in-interest to certain commercial business

obligations of former Morton Thiokol, Inc., and former Thiokol Corporation ("Morton"), by and

through their undersigned counsel, stipulate and hereby move to dismiss Morton from the above-

captioned action without prejudice.  Each party shall bear their own respective attorneys' fees and costs.

A proposed order is submitted herewith.

DATED this 30th day of November, 2020.

**RAY QUINNEY & NEBEKER P.C.**

/s/ Gregory S. Roberts
Gregory S. Roberts
*Attorneys for Defendant Morton International, LLC*

DATED this 30th day of November, 2020.

**FLINT LAW FIRM**

/s/ Lawrence K. Holcomb        *Signed with permission*
Lawrence K. Holcomb
*Attorneys for Plaintiffs*

1549234

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November, 2020, I caused a true and correct copy of the foregoing **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT MORTON INTERNATIONAL** with the Clerk of Court using the CM/ECF system which sent notification of such filing upon all counsel of record:

*/s/ Brandy Sears*