Dan R. Larsen (4865)
Christopher J. Martinez (11152)
**DORSEY & WHITNEY LLP**
111 South Main Street, 21st Floor
Salt Lake City, UT 84111
Telephone: (801) 933-7360
larsen.dan@dorsey.com
martinez.chris@dorsey.com

*Attorneys for Ford Motor Company and Volkswagen Group of America*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SALLY SYLVESTER, Individually and as a Personal Representative of JESSE LABRUM, Deceased, et al., <br><br> Plaintiffs, <br> vs. <br><br> BLUE BIRD CORPORATION, *et al.,* <br> Defendants. | **STIPLATED MOTION TO DISMISS VOLKSWAGEN GROUP OF AMERICA WITHOUT PREJUDICE** <br><br> Case No. 2:18-cv-00470-DB-CMR <br><br> District Judge: Dee Benson <br><br> Magistrate Judge: Cecilia M. Romero |

Pursuant to Rule 41 of the Utah Rules of Federal Procedure, Plaintiff Sally Sylvester, individually and as Personal Representative of the Estate of Jess Labrum, Deceased, Diane Larsen, Carolyn Dutson, Don Labrum, Gary Labrum, Doyle Labrum, Wayne Labrum and Defendant Volkswagen Group of America, by and through their undersigned counsel, stipulate and hereby move to dismiss Volkswagen Group of America from the above-captioned action without prejudice. Each party shall bear their own respective attorneys' fees and costs. A proposed Order is submitted herewith.

DATED this 15th day of December, 2020.

          **DORSEY & WHITNEY, LLP**

          */s/ Dan R. Larsen*
          Dan R. Larsen
          Chris Martinez
          *Attorneys for Defendants Ford Motor Company and Volkswagen Group of America*

DATED this 15th day of December, 2020.

          **FLINT LAW FIRM**

          */s/ Lawrence K. Holcomb (signed w/permission)*
          Lawrence K. Holcomb
          *Attorneys for Plaintiffs*