GREGORY S. ROBERTS (9092)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P. O. Box 45385
Salt Lake City, UT 84145-0385
Tel:  (801) 532-1500
Fax:  (801) 532-7543
groberts@rqn.com
*Attorneys for Defendant Blue Bird Body Company*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| SALLY SYLVESTER, Individually and as Personal Representative of the Estate of JESSE LABRUM, Deceased, DIANE LARSEN, CAROLYN DUTSON, DON LABRUM, GARY LABRUM, DOYLE LABRUM, WAYNE LABRUM, and BRUCE LABRUM, | **STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT BLUE BIRD BODY COMPANY** |
| Plaintiffs, | Civil No. 2:18-CV-00470-DB |
| vs. | The Honorable Dee Benson |
| BLUE BIRD CORPORATION, et al. | Magistrate Judge Cecilia M. Romero |
| Defendants. | |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Sally Sylvester, individually and as Personal Representative of the Estate of Jesse Labrum, Deceased, and Defendant Blue Bird Body Company, and the parties' settlement agreement, by and through their undersigned counsel, stipulate and hereby move to dismiss the above-captioned action with prejudice. All parties shall bear their own respective attorneys' fees and costs.

A proposed order is submitted herewith.

DATED this 12th day of January, 2021.

**RAY QUINNEY & NEBEKER P.C.**

*/s/ Gregory S. Roberts*
*Gregory S. Roberts*
*Attorneys for Defendant Blue Bird Body Company*

DATED this 12th day of January, 2021.

FLINT LAW FIRM LLC

*/s/ Lawrence K. Holcomb        *Signed with permission**
Lawrence K. Holcomb
*Attorneys for Plaintiffs*

1549229

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 12th day of January, 2021, I caused a true and correct copy of

the within and foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE OF**

**DEFENDANT BLUE BIRD BODY  COMPANY** with the Clerk of Court using the CM/ECF

system which sent notification of such filing upon all counsel of record:

*/s/ Brandy Sears*

3