Mark A. Nickel (14082)
**GORDON REES SCULLY MANSUKHANI, LLP**
460 W. 50 N., 5th Fl.
Salt Lake City, UT 84101
Telephone: (801) 204-9990
Facsimile: (385) 282-7590
mnickel@grsm.com
*Attorneys for Defendant Winnebago Industries Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DIANE LARSEN, Individually and as Personal Representative of the Estate of Jesse Labrum, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> BLUE BIRD CORPORATION, et al., <br><br> Defendants. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> Case No. 2:18-cv-00470-DB-CMR <br><br> Judge Dee Benson <br> Magistrate Judge: Cecilia M. Romero |

The Plaintiff, Diane Larsen, Individually and as Personal Representative of the Estate of Jesse Labrum, et al., and the Defendant Winnebago Industries Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby submit this Joint Stipulation of Dismissal with Prejudice to dismiss all claims asserted in this action against Defendant Winnebago Industries Inc., each party to bear its own fees and costs. A proposed Order reflecting the dismissal with prejudice is submitted simultaneously herewith.

DATED this 17th day of February, 2021.

| | |
|---|---|
| **GORDON REES SCULLY MANSUKHANI, LLP** | **FLINT LAW FIRM, LLC** |
| /s/ *Mark A. Nickel* | Lawrence K. Holcomb |
| Mark A. Nickel | **HATCH, JAMES & DODGE, P.C.** |
| *Attorneys for Defendant Winnebago Industries Inc.* | Mark F. James |
| | /s/  *Lawrence K. Holcomb (with permission)* |
| | *Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of February, 2021, I caused a true and correct copy of the foregoing to be served electronically on all counsel of record.

/s/  *J. Tyler Martin*