Ronald L. Hellbusch, Utah Atty. No. 09368
LEWIS BRISBOIS BISGAARD & SMITH LLP
1700 Lincoln St., Suite 4000
Denver, Colorado 80203
(303)861-7760
ronald.hellbusch@lewisbrisbois.com

ATTORNEYS FOR DEFENDANT
PNEUMO ABEX LLC

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SALLY SYLVESTER, Individually and as Personal Representative of the Estate of Jesse Labrum, *et al.*, <br><br> Plaintiffs, <br> vs. <br><br> BLUE BIRD CORPORATION, et al., <br><br> Defendants. | **JOINT MOTION TO DISMISS DEFENDANT PNEUMO ABEX LLC WITH PREJUDICE** <br><br> Case No. 2:18-cv-00470-HN <br><br> Judge Howard C. Nielson, Jr. <br><br> Magistrate Judge Cecilia M Romero |

Pursuant to Federal Rule of Civil Procedure, Rule 41(a)(2) and Local Rule DUCivR 7-1(a)(2)(G), Plaintiffs Sally Sylvester, individually and as Personal Representative of the Estate of Jesse Labrum, Deceased, Diane Larsen, Carolyn Dutson, Don Labrum, Gary Labrum, Doyle Labrum, Wayne Labrum, and Bruce Labrum, and Defendant Pneumo Abex LLC, by and through their respective counsel of record, stipulate and move to dismiss Defendant Pneumo Abex LLC from the above-captioned action with prejudice. Each party shall bear its own costs, expenses, and attorneys' fees. This joint motion applies solely to Defendant Pneumo Abex LLC and no other defendant.

A proposed order has been submitted herewith.

DATED this 16th day of December, 2021.        LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Ronald L. Hellbusch
ATTORNEYS FOR DEFENDANT
PNEUMO ABEX LLC

FLINT LAW FIRM, LLC

By: /s/ Lawrence K. Holcomb
ATTORNEYS FOR PLAINTIFFS
(signed with permission by email 12/15/21)

## CERTIFICATE OF SERVICE

I certify that on this 16th day of December, 2021, I electronically filed and served the foregoing **JOINT MOTION TO DISMISS DEFENDANT PNEUMO ABEX LLC WITH PREJUDICE** through the Court's electronic filing system.

/s/ Aren Branagh