Sara E. Bouley, USB #7818
sara@actionlawutah.com
**ACTION LAW LLC**
2825 E. Cottonwood Pkwy, Suite 500
Salt Lake City, UT 84121
Telephone: 801.990.3262

Kristine E. Kruger (*Admitted Pro Hac Vice*)
KKruger@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Ave., Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.3111

Brien F. McMahon (*Admitted Pro Hac Vice*)
BMcMahon@perkinscoie.com
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, CA  94105
Telephone:  415.344.7165

*Attorneys for Defendant
Honeywell International Inc. f/k/a/ AlliedSignal Inc.,
successor-in-interest to The Bendix Corporation*

## IN UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| SALLY SYLVESTER, Individually and as Personal Representative of the Estate of JESSE LABRUM, Deceased, DIANE LARSEN, CAROLYN DUTSON, DON LABRUM, GARY LABRUM, DOYLE LABRUM, WAYNE LABRUM, and BRUCE LABRUM,<br><br>     Plaintiffs,<br><br>vs.<br><br>BLUE BIRD CORPORATION, *et al*.,<br><br>     Defendants. | **STIPULATION AND MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT HONEYWELL INTERNATIONAL INC.**<br><br>Case No.  2:18-cv-00470-HCM-CMR<br><br>District Judge: Howard C. Nielson, Jr.<br><br>Magistrate Judge Cecilia M. Romero |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs Sally

156061751.1

Sylvester, Individually and as Personal Representative of the Estate of Jesse Labrum; Diane Larsen; Carolyn Dutson; Don Labrum; Gary Labrum; Doyle Labrum; Wayne Labrum; and Bruce Labrum ("Plaintiffs"); and Defendant Honeywell International Inc., f/k/a AlliedSignal Inc., as successor-in-interest to Allied Corporation, which in turn is successor-in-interest to The Bendix Corporation; and Honeywell International Inc. as it relates to Honeywell, Inc. (collectively herein, "Honeywell"); through their respective counsel, hereby stipulate and agree to the dismissal of Plaintiffs' claims against Honeywell International Inc., with prejudice, each party to bear their own costs, and jointly move the Court for entry of an Order of Dismissal in accordance with this Stipulation. A proposed *Order of Dismissal with Prejudice of Honeywell International Inc*, approved as to form, is attached hereto as "**Exhibit A**."

This Stipulation and Motion for Dismissal applies only to Honeywell International Inc. Plaintiffs expressly reserve all claims against all other defendants in this action.

DATED:  April 5, 2022.

                              ACTION LAW LLC

                              By:  /s/ Sara E. Bouley
                                  Sara E. Bouley
                                  *Attorney for Defendant*
                                  *Honeywell International Inc.*

Approved as to form:

/s/Lawrence K. Holcomb
Lawrence K. Holcomb (Admitted *Pro Hac Vice*)
FLINT LAW FIRM
*Attorneys for Plaintiffs*
(Signed by filing attorney Sara E. Bouley with permission of attorney Lawrence K. Holcomb)

/s/ Sara E. Bouley
Sara E. Bouley

156061751.1

## CERTIFICATE OF SERVICE

I certify that on April 5, 2022, a true and correct copy of the foregoing STIPULATION AND MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT HONEYWELL INTERNATIONAL INC. was filed with the United States District Court for the District of Utah using the court's CM/ECF electronic filing system, and notification of such filing was automatically served upon the registered users for this case at each user's respective address on file with the court.

/s/Sara E. Bouley
Sara E. Bouley

156061751.1

# EXHIBIT A

Sara E. Bouley, USB #7818
sara@actionlawutah.com
**ACTION LAW LLC**
2825 E. Cottonwood Pkwy, Suite 500
Salt Lake City, UT 84121
Telephone: 801.990.3262

Kristine E. Kruger (*Admitted Pro Hac Vice*)
KKruger@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Ave., Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.3111

Brien F. McMahon (*Admitted Pro Hac Vice*)
BMcMahon@perkinscoie.com
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, CA  94105
Telephone:  415.344.7165

*Attorneys for Defendant
Honeywell International Inc. f/k/a/ AlliedSignal Inc.,
successor-in-interest to The Bendix Corporation*

## IN UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| SALLY SYLVESTER, Individually and as Personal Representative of the Estate of JESSE LABRUM, Deceased, DIANE LARSEN, CAROLYN DUTSON, DON LABRUM, GARY LABRUM, DOYLE LABRUM, WAYNE LABRUM, and BRUCE LABRUM,<br><br>        Plaintiffs,<br><br>vs.<br><br>BLUE BIRD CORPORATION, *et al*.,<br><br>        Defendants. | **ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT HONEYWELL INTERNATIONAL INC.**<br><br>Case No.  2:18-cv-00470-HCN-CMR<br><br>District Judge: Howard C. Nielson, Jr.<br><br>Magistrate Judge Cecilia M. Romero |

156063100.1

Plaintiffs Sally Sylvester, Individually and as Personal Representative of the Estate of Jesse Labrum; Diane Larsen; Carolyn Dutson; Don Labrum; Gary Labrum; Doyle Labrum; Wayne Labrum; and Bruce Labrum ("Plaintiffs"); and Defendant Honeywell International Inc., f/k/a AlliedSignal Inc., as successor-in-interest to Allied Corporation, which in turn is successor-in-interest to The Bendix Corporation; and Honeywell International Inc. as it relates to Honeywell, Inc. (collectively herein, "Honeywell"); through their respective counsel, have stipulated and moved the Court for an Order Dismissing Defendant Honeywell International Inc. from the above-captioned matter, with prejudice. The Court having reviewed the Stipulation and Motion and finding good cause appearing,

IT IS HEREBY ORDERED that all claims and causes of action alleged against Defendant Honeywell International Inc. in the above-captioned matter shall be, and they are hereby DISMISSED WITH PREJUDICE, each party to bear its own costs and attorneys' fees.

DATED this _____ day of April 2022.

                                **BY THE COURT:**

                                Judge Howard C. Nielson, Jr.
                                United States District Court Judge

Approved as to form:

/s/Lawrence K. Holcomb
Lawrence K. Holcomb (Admitted *Pro Hac Vice*)
FLINT LAW FIRM
*Attorneys for Plaintiffs*
(Signed by filing attorney Sara E. Bouley with permission of attorney Lawrence K. Holcomb)

/s/ Sara E. Bouley
Sara E. Bouley