Christopher J. Martinez (11152)
**DORSEY & WHITNEY LLP**
111 South Main Street, 21st Floor
Salt Lake City, UT 84111
Telephone: (801) 933-7360
martinez.chris@dorsey.com
*Attorneys for Ford Motor Company*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SALLY SYLVESTER, Individually and as a Personal Representative of JESSE LABRUM, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>BLUE BIRD CORPORATION, *et al.,*<br><br>Defendants. | **STIPULATED MOTION FOR DISMISSAL OF DEFENDANT FORD MOTOR COMPANY WITH PREJUJDICE**<br><br>Case No. 2:18-cv-00470-HCN-CMR<br><br>District Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Cecelia M. Romero |

Plaintiffs and Defendant Ford Motor Company, by and through their respective counsel of record, hereby stipulate and agree that all of Plaintiffs' claims and causes of action against Ford Motor Company should be dismissed with prejudice, each party to bear their own attorneys' fees and costs. This Stipulation shall not affect Plaintiffs' claims and causes of action against any other Defendant in this action.

The parties jointly move the Court to enter the Order of Dismissal With Prejudice of Ford Motor Company filed herewith.

DATED this 21st day of April, 2022.

      **FLINT LAW FIRM, LLC**

      */s/Lawrence Holcomb (signed with permission)*
      Lawrence Holcomb
      *Attorneys for Plaintiffs*

DATED this 21st day of April, 2022.

      **DORSEY & WHITNEY LLP**

      By: *Chris Martinez*
      *Attorneys for Defendant Ford Motor Company*