Jill L. Dunyon  (5948)
GOEBEL ANDERSON PC
405 South Main Street, Suite 200
Salt Lake City, UT  84111
Telephone:  801.441.9393
jdunyon@gapclaw.com
*Attorneys for Maremont Corporation*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SALLY SYLVESTER, Individually and as Personal Representative of the Estate of JESSE LABRUM, Deceased, DIANE LARSEN, CAROLYN DUSTON, DON LABRUM, GARY LABRUM, DOYLE LABRUM, WAYNE LABRUM, and BRUCE LABRUM,<br><br>        Plaintiffs,<br><br>vs.<br><br>BLUE BIRD CORPORATION, *et al.*,<br><br>        Defendants. | **STIPULATION TO DISMISSAL WITHOUT PREJUDICE OF DEFENDANT MAREMONT CORPORATION**<br><br>Case No. 2:18-cv-00470<br><br>Judge Howard C. Nielson, Jr.<br>Magistrate Judge Cecilia M. Romero |

    Plaintiffs and Defendant Maremont Corporation, by and through their respective counsel of record, hereby stipulate and agree that all of Plaintiffs' claims and causes of action against Maremont Corporation should be dismissed without prejudice, each party to bear their own attorneys' fees and costs. This Stipulation shall not affect Plaintiffs' claims and causes of action against any other Defendant in this action. The parties jointly move the Court to enter the Order of Dismissal Without Prejudice of Maremont Corporation filed herewith.

DATED this 29th day of April, 2022.

                                GOEBEL ANDERSON PC

                                */s/ Jill L. Dunyon*
                                Jill L. Dunyon
                                *Attorney for Defendant*
                                *Maremont Corporation*


**APPROVED AS TO FORM**

FLINT COOPER LLC


*/s/ Lawrence K. Holcomb (signed with permission)*
Lawrence K. Holcomb
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 29th day of April, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the registered users for this case at each user's respective address on file with the court.

*/s/ Karen Harwood*