Mark F. James (5295)
**JAMES DODGE RUSSELL &
STEPHENS**
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666
mjames@hjdlaw.com

Lawrence K. Holcomb (*Pro Hac Vice*)
**FLINT COOPER, LLC**

222 E Park St, Suite 500
Edwardsville, Illinois 62025
Telephone: (618) 288-4777
Facsimile: (618) 288-2864
lholcomb@flintlaw.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SALLY SYLVESTER, Individually and as Personal Representative of the Estate of Jesse Labrum, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>BLUE BIRD CORPORATION, et al.,<br><br>    Defendants. | **MOTION FOR DISMISSAL OF DEFENDANT LEAR-SIEGLER, INC.**<br><br>Case No. 2:18-cv-00470-HCN-CMR<br><br>Judge Howard C Nielson<br>Magistrate Judge: Cecilia M. Romero |

Plaintiffs, by and through their counsel of record, hereby agree that all of Plaintiffs' claims and causes of action again Lear-Siegler, Inc. should be dismissed without prejudice, each part to bear their own attorneys' fees and costs. This Motion for Dismissal shall not affect Plaintiffs' claims and causes of action against any other Defendants in this action.

The parties jointly move the Court to enter the Order of Dismissal Without Prejudice of Lear-Siegler, Inc. filed herewith.

DATED this 16th day of August, 2022.

Respectfully submitted,

**JAMES DODGE RUSSELL &
STEPHENS**


By: /s/ Mark F. James
Mark F. James (5295)
10 West Broadway, Suite 400
Salt Lake City, Utah  84101
Telephone:  (801) 363-6363
Facsimile:  (801) 363-6666
mjames@hjdlaw.com


**FLINT COOPER, LLC**

By: /s/ Lawrence K. Holcomb
Lawrence K. Holcomb (PHV)
222 E. Park Street, Suite 500
Edwardsville, IL  62025
Telephone (618) 288-4777
Facsimile: (618) 288-2864
lholcom@flintlaw.com

**ATTORNEYS FOR PLAINTIFFS**